128

for failure to prosecute in accordance with the rules.

**Mark ORTEGA, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 2009–3215.

United States Court of Appeals, Federal Circuit.

Sept. 28, 2009.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**FIRST QUALITY BABY PRODUCTS, LLC, Plaintiff–Appellant,**

v.

**KIMBERLY–CLARK WORLDWIDE, INC., Defendant–Appellee.**

No. 2009–1478.

United States Court of Appeals, Federal Circuit.

Sept. 28, 2009.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42(b).